**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

| MARYLAND OFFICE: | | NEW JERSEY OFFICE: |
|---|---|---|
| 5100 DORSEY HALL DRIVE<br>SUITE 100<br>ELLICOTT CITY, MD 21042<br>410-964-0300 | August 9, 2012 | 79 MAIN STREET<br>SUITE ONE<br>HACKENSACK, NJ 07601<br>201-342-6665 |

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

VIA ECF

                         Re:    United States v. Andrew Russo et al
                                  Defendant Roger Califano
                                  11 CR 0030 (KAM)

Dear Judge Matsumoto:

       Defendant Roger Califano does not object to the Motion to Compel. Thank you for Your Honor's attention to this matter.

                                                        Very truly yours,

                                                         Sanford Talkin

cc:    AUSA Elizabeth Geddes (by ECF)
        All Counsel (by ECF)